# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOSEPH M. BATTLE, JR., )<br>)<br>Petitioner, )<br>v. )<br>)<br>SUPERINTENDENT, CHARLESTON )<br>CORRECTIONAL FACILITY, )<br>)<br>Respondent ) | No. 1:17-cv-00185-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 13) filed August 30, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED:**

(1) That an evidentiary hearing is not warranted under Rule 8 of the Rules Governing §2254 cases;

(2) It is **ORDERED** that Petitioner's Motion for Habeas Relief under 28 U.S.C. §2254 (ECF No. 3) is **DISMISSED;**

(3) It is **ORDERED** that a certificate of appealability shall be **DENIED** pursuant to Rule 11 of the Rules Governing §2254 cases because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

                                                        /s/ George Z. Singal
                                                        United States District Judge

Dated this 27th day of September, 2017.